UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 15-1273
(3:13-cv-02407-MGL)

---

John D. Lisotto,

       Plaintiff - Appellant,

vs.

New Prime, Inc.
(d/b/a "Prime Inc."),

       Defendant - Appellee.

**CONSENT MOTION TO AMEND THE BRIEFING SCHEDULE**

Pursuant to Rules 26(b) and 28 of the Federal Rules of Appellate Procedure, the parties jointly move for a 45-day extension of the briefing deadlines that the Court set forth in its Order, dated May 11, 2015. The new deadlines would be as follows:

1)     Appendix due:     July 17, 2015

2)     Opening brief due:     July 17, 2015

3)     Response brief due:     August 20, 2015

4)     Any reply brief:     14 days from service of response brief.

The Parties are requesting this 45-day extension due to the recent and first expression of the parties to attempt an out-of-court resolution of the appeal and the related state-law causes of

action pending in the U.S. District Court for the District of South Carolina. This is the first extension requested for the purpose of initiating and completing settlement negotiation.

| **WE SO MOVE/CONSENT**: | **WE SO MOVE/CONSENT**: |
|---|---|
| s/ RW Belcher | s/ Rebecca Guental Fulmer |
| Reginald W. Belcher (FID 6940) | LAW OFFICES OF WILMOT B. IRVIN |
| Turner Padget Graham & Laney P.A. | Rebecca Guental Fulmer (Of Counsel) |
| Post Office Box 1473 | P.O. Box 7816 (29202) |
| Columbia, South Carolina 29202 | 1612 Marion St. |
| Phone: 803-254-2200 | Suite 221 |
| Fax: 843-400-1515 | Columbia, South Carolina 29201 |
| **Attorneys for Defendant - Appellee** | Phone: 803- 765-0555 |
| | Fax: 803- 765-0300 |
| | E-mail: rebecca@wilmotirvinlaw.com |
| | **Attorneys for Plaintiff - Appellant** |
| May 26, 2015 | May 26, 2015 |
| Columbia, South Carolina | Columbia, South Carolina |

2